IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BRANDON BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-072 |
| ) | |
| SHERIFF GINO BRANTLEY; CAPTAIN ) | |
| DANIELS; CAPTAIN HARRELL; ) | |
| LIEUTENANT JENKINS; SERGEANT ) | |
| STERNS; CORPORAL COWELL; ) | |
| CORPORAL DELAGO; CORPORAL ) | |
| KUNTZ; CORPORAL SEYMORE; ) | |
| CORPORAL ELLISON; DEPUTY ) | |
| THOMAS; DEPUTY SEARS; DEPUTY ) | |
| GIST; DEPUTY BUSBY; DEPUTY ) | |
| BRINSON; DEPUTY MYERS; DEPUTY ) | |
| GILMORE; DEPUTY BLASTINGGAME; ) | |
| DEPUTY GABI; DEPUTY MCDANIELS; ) | |
| DEPUTY PRESCOTT; DEPUTY TRAVIS; ) | |
| DEPUTY MOODY; DEPUTY PERISH; ) | |
| DEPUTY CARLEE; DEPUTY SMILEY; ) | |
| DETRA WILLIS; DOCTOR CROSBY; ) | |
| DOCTOR CARSON; NURSE BAKER; ) | |
| NURSE CLARK; NURSE ROGERS; ) | |
| NURSE MCKAZ; and NURSE PERLEY, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___9th___ day of June, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA