AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRANDON BURKE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 125-072

SHERIFF GINO BRANTLEY et. al.;

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 9, 2025, the U.S. Magistate Judge's Report and Recommendation is adopted as the opnion of this Court. Plaintiff's case is dismissed without prejudice and stands closed.



June 9, 2025  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*James R. Burrell*  
(By) *Deputy Clerk*

GAS Rev 10/2020